IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD EDWARD RICHARDSON,

    Petitioner,　　　　　　　　　　No. CIV S-06-0499 LKK DAD P

  vs.

TOM L. CAREY, Warden, et al.,

    Respondents.　　　　　　　　　ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee or submitted an application to proceed in forma pauperis.

    Petitioner's application for writ of habeas corpus challenges a judgment of conviction entered by the Kern County Superior Court in Bakersfield, California. Cases arising in Kern County must be filed in the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). An action that has not been commenced in the proper division of the court may, on the court's own motion, be transferred to the proper division of the court. Accordingly, this action will be transferred to the Fresno Division of the court for all further proceedings.

/////

1

Dockets.Justia.com

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number to be assigned

5 and shall be filed at:

6       United States District Court
      Eastern District of California
7       2500 Tulare Street
      Fresno, CA 93721

9 DATED: March 17, 2006.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
rich0499.109