UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD RICHARDSON,<br><br>    Petitioner,<br><br>v.<br><br>BOB HOREL,<br><br>    Respondent. | 1:06-cv-00306-OWW-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 21)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 13)<br><br>**ORDER DENYING MOTION TO HOLD PETITION IN ABEYANCE** (Doc. 18)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On September 6, 2006, the Magistrate Judge filed Findings and Recommendations that Respondent's motion to dismiss be GRANTED on the ground that the instant petition is successive, that Petitioner's motion to hold the instant petition in abeyance be DENIED, and that the instant petition be DISMISSED, without prejudice. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed

within thirty (30) days from the date of service of that order. On September 28, 2006, Petitioner filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 6, 2006, are ADOPTED IN FULL;

2. Respondent's motion to dismiss, filed July 21, 2006, is GRANTED on the ground that the instant petition is successive;

3. Petitioner's motion to hold the instant petition in abeyance is DENIED;

4. The instant petition is DISMISSED, without prejudice; and,

5. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:    October 31, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE

---

[1] In Gonzales v. Crosby, 125 S.Ct. 2641 (2005), the Court noted the open question of whether a habeas petition filed after a previous denial of a petition on SOL grounds would be successive under § 2244(b). See id. at 2648 n.6. The Court nonetheless cited Murray v. Greiner, 394 F.3d 78, 81 (C.A.2 2005) (finding that a prior petition dismissed as untimely under the controlling statute of limitations presents a "permanent and incurable" bar to review of the claims.)